THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD J. CASEY, JR., Defendant-Appellant.

(No. 59161;

First District (3rd Division)—August 1, 1974.

PER CURIAM.

MEJDA, J., took no part.

Edward S. Richman, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.